**CONSUMERS FINANCE CO., a corporation, v. CONSUMER'S LOAN SERVICE, INC., a corporation.**

36 So. (2nd) 443
July 30, 1948

June Term, 1948
En Banc

*Knight, Knight, Walrath & Peagues,* for appellant.
*Rogers, Towers & Bailey,* for appellee.

PER CURIAM:

The Consumers Finance Company filed its bill of complaint in the Circuit Court of Duval County, Florida, against the Consumer's Loan Service, Inc., seeking an order enjoining the use of the word "Consumer's" in connection with the business activities of the defendant. The Chancellor below sustained a motion to dismiss and a ground thereof was: "the bill is without equity." We have heard arguments on the merits of this controversy, examined the applicable authorities, and have concluded that the order of dismissal should be affirmed on authority of Lumbermen's Mutual Casualty Co. v. Lumber Mutual Casualty Ins. Co., 154 Fla. 367, 17 So. (2nd) 615, and similar cases.

Affirmed.

TERRELL, CHAPMAN, ADAMS and SEBRING, JJ., concur.

THOMAS, C. J., BARNS and HOBSON, JJ., dissent.

BARNS, J., dissenting:

Unfair competition seems to appear from the allegations of the bill, stating that, *after* the appellant corporation had been organized under the name of "Consumer's Finance Company" and become engaged in the small loan business, the appellee corporation was organized under the name of "Consumer's Loan Service, Inc.," for the purpose of becoming a competitor of the appellant in the same city and engaged in the same business, which purposes have, according to the bill, been accomplished.

THOMAS, C. J., and HOBSON, J., concur.